

**Entered on Docket
November 02, 2009**



_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

America's Servicing Company
08-73666 / 1205064449

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-08-14945-mkn |
| Paul George | MS Motion No. |
| | Date: |
| | Time: |
| | Chapter 13 |
| Debtor. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

1  IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-
2  petition arrearages currently due as follows:

3  | | | |
   |---|---|---|
   | Motion Filing Fee | $ | 150.00 |
   | Attorneys Fees | $ | 750.00 |
   | | $ | 900.00 |

5  The above arrearage shall be paid in six (6) monthly installments of $150.00. These payments
6  shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month
7  commencing with the October 20, 200 payment and continuing throughout and concluding on or before
8  March 20, 2010.

9  IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give
10 Debtor at least five business days' notice of the time, place and date of sale.

11 IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and
12 maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning
13 with the October 1, 2009, payment, on Secured Creditor's Trust obligation, encumbering the subject
14 Property, generally described as 6144 Camino De Rosa Dr., Las Vegas, NV 89108, and legally described
15 as follows:

16 LOT SIXTEEN (16) in Block ONE (1) of CHARLESTON HEIGHTS Tract No. 51-F-1, as shown
   by Map thereof on File in Book 21 of Plats, Page 28, in the Office of the County Recorder of Clark
17 County, Nevada

18 IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtor fails to make any
19 payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's
20 Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon
21 Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such
22 Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by
23 the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the
24 delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to
25 Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the
26 subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete
   possession thereof.

Submitted by:

WILDE & ASSOCIATES

By _____#10235_____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A Leavitt　　　　　　　　　Nairah F. Newark

By _____　　　　　　　By _____

Kathleen A Leavitt　　　　　　　　　Narrah F. Newark
Chapter 13 Trustee　　　　　　　　 Attorney for Debtors
201 Las Vegas Blvd., So. #200　　　2300 W. Sahara #500, Box 34
Las Vegas, NV 89101　　　　　　　 Las Vegas, NV 89102

　　　　　　　　　　　　　　　　　Nevada Bar No._____